United States District Court
Southern District of Texas
FILED

JUL 1 1 2003

Michael N. Milby
Clerk of Court

UNITED DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

| | | |
|---|---|---|
| JUANITA BLANCO; RUBEN GARCIA; NICOLAS RODRIGUEZ; HERMELINDA QUIROGA, Individually and on Behalf of The Estate of MARIA INEZ RUIZ,<br>　　　　　Plaintiffs<br><br>v.<br><br>PFIZER, INC.; WARNER-LAMBERT COMPANY, now known as PFIZER, INC.; INC.; RAJIV FINGA, M.D.; MARK EDWARDS, M.D.; GEORGE CANTU, M.D.; ALLEN B. SPENCE, M.D.; and WATSON'S CITY DRUG,<br>　　　　　Defendants | § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-03-119<br><br>(Removed from the 197th Judicial District Court of Willacy County, Texas)<br><br><br>JURY DEMANDED |

## PLAINTIFFS' CERTIFICATE OF
## DISCLOSURE OF INTERESTED PARTIES

COME NOW **JUANITA BLANCO; RUBEN GARCIA; NICOLAS**

**RODRIGUEZ; HERMELINDA QUIROGA, Individually and on Behalf of the**

**Estate of MARIA INEZ RUIZ,** Plaintiffs herein, and pursuant to the Court's Order for

Conference and Disclosure of Interested Parties file their disclosure of interested parties

as follows:

-1-

1. **Plaintiffs**:

    Juanita Blanco
    Ruben Garcia
    Nicolas Rodriguez
    Hermelinda Quiroga, Individually and on
       Behalf of The Estate of Maria Ruiz
    c/o David Casso
    **FLORES, CASSO & PETTITT, L.L.P.**
    321 South 12th Street
    Post Office Box 2128
    McAllen, Texas 78505-2128
    Tel.:   (956) 686-9591
    Fax:   (956) 686-9478

2. **Attorneys for Plaintiffs:**

    David Casso
    B. Buck Pettitt
    **FLORES, CASSO & PETTITT, L.L.P.**
    321 South 12th Street
    Post Office Box 2128
    McAllen, Texas 78505-2128
    Tel.:   (956) 686-9591
    Fax:   (956) 686-9478

    Mr. Michael T. Gallagher
    Mr. John H. Kim
    **GALLAGHER, LEWIS, DOWNEY & KIM**
    700 Louisiana Street, 40th Floor
    Houston, Texas   77002
    Tel.:   (713) 222-8080
    Fax:   (713) 222-0066

3. **Defendant Warner-Lambert Company and Pfizer, Inc.:**

    Warner-Lambert Company
    201 Tabor Road
    Morris Plains, New Jersey 07950

<u>Pfizer, Inc.</u>
235 E. 42nd Street
New York, New York 10017-5755

4. **Counsel for Defendant Warner-Lambert Company and Pfizer, Inc.:**

Jack E. Urquhart
**BEIRNE, MAYNARD & PARSONS, L.L.P.**
1300 Post Oak Boulevard, 24th Floor
Houston, Texas 77056
Tel.: (713) 623-0887
Fax: (713) 960-1527

David C. Garza
**GARZA & GARZA, L.L.P.**
680 East St. Charles, Suite 300
Post Office Box 2025
Brownsville, Texas 78522-2025
Tel.: (956) 541-4914
Fax: (956) 542-7403

5. **Defendant Rajiv Sinha, M.D. (wrongfully named as Rajiv Finga, M.D.):**

Rajiv Sinha, M.D.
c/o Philipa M. Remington
**STINNETT, THIEBAUD & REMINGTON**
4800 Fountain Place
1445 Ross Avenue
Dallas, Texas 75202

6. **Counsel for Defendant Rajiv Sinha, M.D. (wrongfully named as Rajiv Finga, M.D.):**

Philipa M. Remington
**STINNETT, THIEBAUD & REMINGTON**
4800 Fountain Place
1445 Ross Avenue
Dallas, Texas 75202

7. **Defendant Mark Edwards, M.D.:**

   Mark Edwards, M.D.
   2102 Pease
   Harlingen, Texas 78550

8. **Defendant George Cantu, M.D.:**

   George Cantu, M.D.
   c/o Ann P. Watson
   **SHEEHY, SERPE & WARE**
   500 Two Houston Center
   909 Fannin Street
   Houston, Texas 77010-1003

9. **Counsel for Defendant George Cantu, M.D.:**

   Ann P. Watson
   **SHEEHY, SERPE & WARE**
   500 Two Houston Center
   909 Fannin Street
   Houston, Texas 77010-1003

10. **Defendant Allen B. Spence, M.D.:**

    Allen B. Spence, M.D.
    c/o Philipa M. Remington
    **STINNETT, THIEBAUD & REMINGTON**
    4800 Fountain Place
    1445 Ross Avenue
    Dallas, Texas 75202

11. **Counsel for Defendant Allen B. Spence, M.D.:**

    Philipa M. Remington
    **STINNETT, THIEBAUD & REMINGTON**
    4800 Fountain Place
    1445 Ross Avenue
    Dallas, Texas 75202

12. **Defendant Watson's City Drug:**

   Watson's City Drug
   c/o Kirk T. Florence
   **CROUCH & INABNETT**
   1445 Ross Avenue, Suite 2300
   Dallas, Texas  75202

13. **Counsel for Defendant Watson's City Drug:**

   Kirk T. Florence
   **CROUCH & INABNETT**
   1445 Ross Avenue, Suite 2300
   Dallas, Texas  75202
   Tel.:  (214) 922-7100
   Fax:  (214) 922-7101

                                  Respectfully submitted,

                                  _____
                                  David Casso
                                  State Bar No. 03980250
                                  Federal I.D. No. 8967

                                  **ATTORNEY-IN-CHARGE FOR**
                                  **PLAINTIFFS**

                                  **FLORES, CASSO & PETTITT, L.L.P.**
                                  321 South 12th Street
                                  Post Office Box 2128
                                  McAllen, Texas  78505-2128
                                  Tel.:  (956) 686-9591
                                  Fax.:  (956) 686-9478

Michael T. Gallagher
State Bar No. 07586000
John H. Kim
State Bar No. 00784393
**GALLAGHER, LEWIS, DOWNEY & KIM**
700 Louisiana Street, 40th Floor
Houston, Texas 77002
Tel.: (956) 222-8080
Fax: (956) 222-0066

**OF COUNSEL TO PLAINTIFFS**

## CERTIFICATE OF SERVICE

     A true copy of this instrument was served in accordance with the Federal Rules of Civil Procedure on all counsel of record on the 10th day of July, 2003.

Mr. Jack E. Urquhart
**BEIRNE, MAYNARD & PARSONS**
1300 Post Oak Blvd., Suite 2500
Houston, Texas 77056

Mr. David C. Garza
**GARZA & GARZA**
680 East St. Charles, Suite 300
Brownsville, Texas 78522

Ms. Ann P. Watson
**SHEEHY, SERPE & WARE**
500 Two Houston Center
909 Fannin Street
Houston, Texas 77010-1003

Ms. Philipa M. Remington
**STINNETT, THIEBAUD & REMINGTON**
4800 Fountain Place
1445 Ross Avenue
Dallas, Texas 75202

Mr. Kirk T. Florence
**CROUCH & INABNETT**
1445 Ross Avenue, Suite 2300
Dallas, Texas 75202

                                              B. Buck Pettitt