IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUANITA BLANCO, RUBEN GARCIA, NICOLAS RODRIQUEZ, HERMELINDA QUIROGA, Individually and on Behalf of the Estate of MARIA INEZ RUIZ, | § § § § § | United States District Court Southern District of Texas FILED JUL 1 1 2003 Michael N. Milby Clerk of Court |
| Plaintiffs, | § | |
| vs. | § § | |
| PFIZER, INC., and WARNER-LAMBERT COMPANY, now known as PFIZER, INC.; RAJIV FINGA, M.D., MARK EDWARDS, M.D., GEORGE CANTU, M.D., ALLEN B. SPENCE, M.D., and WATSON CITY DRUG, | § § § § § § § § | CIVIL ACTION NO.: B-03-119 |
| Defendants. | § § | Jury Demanded |

## CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES

Defendants Pfizer Inc. (incorrectly named as "Pfizer, Inc.") ("Pfizer") and Warner-Lambert Company LLC, formerly known as Warner-Lambert Company, (incorrectly named as "Warner-Lambert Company, now known as Pfizer, Inc.") ("Warner-Lambert"), file their Certificate of Disclosure of Interested Parties as follows:

**Plaintiffs:**

    Juanita Blanco

    Ruben Garcia

    Nicolas Rodriquez

    Hermelinda Quiroga, Individually and on Behalf of the Estate of Maria Inez Ruiz

        c/o    Counsel for Plaintiffs

**Counsel for Plaintiffs Juanita Blanco, Ruben Garcia, Nicolas Rodriguez, Hermelinda Quiroga, Individually and on Behalf of the Estate of Maria Inez Ruiz:**

1.  Michael T. Gallagher, Esq.
    State Bar No. 07586000
    John H. Kim, Esq.
    State Bar No. 00784393
    GALLAGHER, LEWIS, DOWNEY & KIM
    700 Louisiana Street, 40th Floor
    Houston, TX 77002
    Telephone: (713) 222-8080
    Facsimile: (713) 222-0066

2.  David Casso
    State Bar No. 03980250
    FLORES, CASSO & PETTITT, L.L.P.
    321 South 12th Street
    McAllen, TX 78505
    Telephone: (956) 686-9591
    Facsimile: (956) 686-9478

**Defendants(and their affililiates, parents, subsidiaries, *etc.*):**

Pfizer Inc.
235 E. 42nd Street
New York, NY 10017-5755

Warner-Lambert Company LLC
201 Tabor Road
Morris Plains, NJ 07950

Rajiv Finga, M.D.
637 East Hidalgo
Raymondsville, TX 78580

Mark Edwards, M.D.
2102 Pease
Harlingen, TX 78550

George Cantu, M.D.
322 Petra Avenue
Raymondsville, TX 78580

Allen B. Spence, M.D.
336 South 8th Street
Raymondsville, TX 78580

Watson City Drug
192 South 7th Street
Raymondsville, TX 78580

**Counsel for Defendants Warner-Lambert Company LLC and Pfizer Inc.:**

1. Jack E. Urquhart
   State Bar No: 20415600
   BEIRNE, MAYNARD & PARSONS, L.L.P.
   1300 Post Oak Blvd., Suite 2400
   Houston, TX 77056
   Telephone: (713) 623-0887
   Facsimile: (713) 960-1527

2. David C. Garza
   State Bar No.: 07731400
   GARZA & GARZA, L.L.P.
   680 East St. Charles, Suite 300
   Brownsville, TX 78522
   Telephone: (956) 541-4914
   Facsimile: (956) 542-7403

**Counsel for Defendants Rajiv Finga, M.D. and Allen B. Spence, M.D.:**

Philipa M. Remington
State Bar No.: 16766100
Russell G. Thornton
State Bar No.: 19982850
Michael A. Yanof
State Bar No.: 24003215
STINNETT THIEBAUD & REMINGTON L.L.P.
4800 Fountain Place
1445 Ross Avenue
Dallas, TX. 75202
Telephone: (214) 954-2200
Facsimile: (214) 754-0999

Certificate of Disclosure of Interested Parties
*Blanco, et al. v. Pfizer Inc., et al.*
Page 3

**Counsel for Defendant Mark Edwards, M.D.:**

Unknown at this time.

**Counsel for Defendant George Cantu, M.D.:**

Ann P. Watson
State Bar No.: 20932900
Lara M. Price
State Bar No.: 90001856
Raymond A. Neuer
State Bar No.: 14928350
SHEEHY, SERPE & WARE, P.C.
909 Fannin, Suite 2500
Houston, TX 77010
Telephone: (713) 951-1000
Facsimile: (713) 951-1199

**Counsel for Watson City Drug:**

Hubert A. Crouch, III
State Bar No. 05148500
CROUCH & INABNETT
1445 Ross Avenue, Suite 2300
Dallas, TX 75202
Telephone: (214) 922-7100
Facsimile: (214) 922-7101

Respectfully submitted,

By: *[signature] Jack E. Urquhart by permission [signature]*
Jack E. Urquhart
Texas Bar No.: 20415600
Federal ID No.: 2082

**ATTORNEY-IN-CHARGE FOR DEFENDANTS PFIZER INC. AND WARNER-LAMBERT COMPANY LLC**

**Of Counsel:**

BEIRNE, MAYNARD & PARSONS, L.L.P.
1300 Post Oak Blvd., Suite 2500
Houston, TX 77056-3000
Telephone (713) 623-0887
Facsimile (713) 960-1527

David C. Garza
Texas Bar No. 07731400
Federal I.D. 3778
GARZA & GARZA, L.L.P.
680 East St. Charles, Suite 300
Brownsville, TX 78522
Telephone (956) 541-4914
Facsimile (956) 542-7403

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served on all counsel of record by facsimile and certified mail, return receipt requested, on July 10, 2003:

Michael T. Gallagher
GALLAGHER, LEWIS, DOWNEY & KIM
700 Louisiana Street, 40th Floor
Houston, TX 77002

David Casso
FLORES, CASSO & PETTITT, L.L.P.
321 South 12th Street
McAllen, TX 78505

Philipa M. Remington
STINNETT THIEBAUD & REMINGTON L.L.P.
1445 Ross Avenue, Suite 4800
Dallas, TX. 75202

Ann P. Watson
SHEEHY, SERPE & WARE, P.C.
909 Fannin, Suite 2500
Houston, TX 77010

Hubert A. Crouch, III
Texas Bar No. 05148500
CROUCH & INABNETT
1445 Ross Avenue, Suite 2300
Dallas, TX 75202

Gail M. Brownfeld

#446526.1 (500249)