

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 5 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JUANITA BLANCO; RUBEN GARCIA; NICOLAS RODRIGUEZ; HERMELINDA QUIROGA, Individually and on Behalf of THE ESTATE OF MARIA INEZ RUIZ<br><br>v.<br><br>PFIZER, INC.; WARNER-LAMBERT COMPANY n/k/a PFIZER, INC; RAJIV FINGA, M.D.; MARK EDWARDS, M.D.; GEORGE CANTU, M.D.; ALLEN B. SPENCE, M.D.; and WATSON'S CITY DRUG | CIVIL ACTION NO. B-03-119 |

## DEFENDANT WATSON'S CITY DRUG'S CERTIFICATE OF INTERESTED PARTIES AND COUNSEL OF RECORD

As counsel for Defendant Kiefer, Inc. d/b/a Watson's City Drug, incorrectly sued as Watson's City Drug, I certify that to the best of my knowledge that the following are the interested persons/parties that are financially interested in the outcome of this litigation.

| Party | Party Type | Attorney(s) |
|---|---|---|
| Juanita Blanco<br>Ruben Garcia<br>Nicholas Rodriguez<br>Hermelinda Quiroga,<br>Individually and on Behalf of<br>the Estate of Maria Inez Ruiz | Plaintiffs | Michael T. Gallagher<br>**GALLAGHER, LEWIS, DOWNEY & KIM**<br>700 Louisiana Street, 40th Floor<br>Houston, TX 770002<br>Tel:   (713) 222-8080<br>Fax:  (713) 222-0066<br><br>David Casso<br>**FLORES, CASSO & PETTITT, LLP**<br>321 South 12 Street<br>P.O. Box 2128<br>McAllen, TX 78505-2128<br>Tel:   (956) 686-9591<br>Fax:  (956) 686-9478 |

| Party | Party Type | Attorney(s) |
|---|---|---|
| Pfizer, Inc. and Warner Lambert Company | Defendant | Jack E. Urquhart<br>**BEIRNE, MAYNARD & PARSON, LLP**<br>1300 Post Oak Blvd., Suite 2500<br>Houston, TX 77056-3000<br>Tel: (713) 623-0887<br>Fax: (713) 960-1527 |
| Kiefer, Inc. d/b/a Watson's City Drug | Defendant | Hubert A. Crouch, III<br>Kirk T. Florence<br>**CROUCH & INABNETT, L.L.P.**<br>1445 Ross Avenue, Suite 2300<br>Dallas, TX 75202<br>Tel: (214) 922-7100<br>Fax: (214) 922-7101 |
| Rajiv Finga, M.D.<br>Allen B. Spence, M.D. | Defendants | Philipa M. Remington<br>**STINNETT, THIEBAUD & REMINGTON**<br>1445 Ross Avenue, Suite 4800<br>Dallas, TX 75202<br>Tel: (214) 954-2200<br>Fax: (214) 754-0999 |
| George Cantu, M.D. | Defendant | Ann P. Watson<br>**SHEEHY, SERPE & WARE, P.C.**<br>909 Fannin, Suite 2500<br>Houston, TX 77010<br>Tel: (713) 951-1000<br>Fax: (713) 951-1199 |
| Mark Edwards, M.D. | Defendant | Unknown |

Respectfully submitted,

By: _____
**Hubert A. Crouch, III**
State Bar No. 05148500
Southern District 13592
**Kirk T. Florence**
State Bar No. 07160900
Southern District 19146

**CROUCH & INABNETT, L.L.P.**
1445 Ross Avenue, Suite 2300
Dallas, Texas 75202
Telephone:    (214) 922-7100
Telecopier:    (214) 922-7101

**ATTORNEYS FOR DEFENDANT
WATSON'S CITY DRUG**

### CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the foregoing document has been served upon all known counsel of record via certified mail, return receipt requested on this the 14 day of July 2003.

Michael T. Gallagher
John H. Kim
**GALLAGHER, LEWIS, DOWNEY & KIM**
700 Louisiana Street, 40th Floor
Houston, TX 77002

Jack E. Urquhart
**BEIRNE, MAYNARD & PARSONS, L.L.P.**
1300 Post Oak Blvd., 25th Floor
Houston, TX 77056

Ann P. Watson
**SHEEHY, SERPE & WARE, P.C.**
909 Fannin, Suite 2500
Houston, TX 77010

David Casso
**FLORES, CASSO & PETTITT, L.L.P.**
321 South 12th Street
McAllen, TX 78501-4817

David C. Garza
**GARZA & GARZA, L.L.P.**
680 East St. Charles, Suite 300
Brownsville, TX 78522

Philipa M. Remington
**STINNETT, THIEBAUD & REMINGTON, L.L.P.**
1445 Ross Avenue, Suite 4800
DALLAS, TX 75202

_____
Kirk T. Florence