7

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

_...tes District Court_
_..... District of Texas_
_FILED_

| | | |
|---|---|---|
| JUANITA BLANCO, RUBEN GARCIA, | § | JUL 1 6 2003 |
| NICOLAS RODRIQUEZ, HERMELINDA | § | |
| QUIROGA, Individually and on Behalf | § | Michael N. Milby |
| of the Estate of MARIA INEZ RUIZ, | § | Clerk of Court |
| | § | |
| **Plaintiffs,** | § | |
| vs. | § | |
| | § | **CIVIL ACTION NO.: B-03-119** |
| PFIZER, INC., and WARNER-LAMBERT | § | |
| COMPANY, now known as PFIZER, INC.; | § | |
| RAJIV FINGA, M.D., MARK EDWARDS, | § | |
| M.D., GEORGE CANTU, M.D., ALLEN | § | |
| B. SPENCE, M.D., and WATSON | § | |
| CITY DRUG, | § | |
| | § | |
| **Defendants.** | § | **Jury Demanded** |

## DEFENDANTS' FIRST AMENDED
## CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES

Defendants Pfizer Inc. (incorrectly named as "Pfizer, Inc.") ("Pfizer") and Warner-Lambert

Company LLC, formerly known as Warner-Lambert Company, (incorrectly named as "Warner-

Lambert Company, now known as Pfizer, Inc.") ("Warner-Lambert"), file their Certificate of

Disclosure of Interested Parties as follows:

### Plaintiffs:

Juanita Blanco

Ruben Garcia

Nicolas Rodriquez

Hermelinda Quiroga, Individually and on Behalf of the Estate of Maria Inez Ruiz

c/o      Counsel for Plaintiffs

**Counsel for Plaintiffs Juanita Blanco, Ruben Garcia, Nicolas Rodriguez, Hermelinda Quiroga, Individually and on Behalf of the Estate of Maria Inez Ruiz:**

1.      Michael T. Gallagher, Esq.
        Texas Bar No. 07586000
        John H. Kim, Esq.
        State Bar No. 00784393
        GALLAGHER, LEWIS, DOWNEY & KIM
        700 Louisiana Street, 40th Floor
        Houston, TX 77002
        Telephone: (713) 222-8080
        Facsimile: (713) 222-0066

2.      David Casso
        Texas Bar No. 03980250
        FLORES, CASSO & PETTITT, L.L.P.
        321 South 12th Street
        McAllen, TX 78505
        Telephone: (956) 686-9591
        Facsimile: (956) 686-9478

**Defendants(and their affililiates, parents, subsidiaries, *etc.*):**

   Pfizer Inc.
   235 E. 42nd Street
   New York, NY 10017-5755

   Warner-Lambert Company LLC
   201 Tabor Road
   Morris Plains, NJ 07950

   Rajiv Sinha, M.D. (wrongfully named as Rajiv Finga, M.D.)
   637 East Hidalgo
   Raymondsville, TX 78580

   Mark Edwards, M.D.
   2102 Pease
   Harlingen, TX 78550

   George Cantu, M.D.
   322 Petra Avenue
   Raymondsville, TX 78580

Allen B. Spence, M.D.
336 South 8th Street
Raymondsville, TX 78580

Watson City Drug
192 South 7th Street
Raymondsville, TX 78580

## Counsel for Defendants Warner-Lambert Company LLC and Pfizer Inc.:

1. Jack E. Urquhart
   Texas Bar No: 20415600
   BEIRNE, MAYNARD & PARSONS, L.L.P.
   1300 Post Oak Blvd., Suite 2400
   Houston, TX 77056
   Telephone: (713) 623-0887
   Facsimile: (713) 960-1527

2. David C. Garza
   Texas Bar No.: 07731400
   GARZA & GARZA, L.L.P.
   680 East St. Charles, Suite 300
   Brownsville, TX 78522
   Telephone: (956) 541-4914
   Facsimile: (956) 542-7403

## Counsel for Defendants Rajiv Sinha, M.D. (Wrongfully named as Rajiv Finga, M.D.) and Allen B. Spence, M.D.:

Philipa M. Remington
Texas Bar No.: 16766100
Russell G. Thornton
Texas Bar No.: 19982850
Michael A. Yanof
Texas Bar No.: 24003215
STINNETT THIEBAUD & REMINGTON L.L.P.
4800 Fountain Place
1445 Ross Avenue
Dallas, TX. 75202
Telephone: (214) 954-2200
Facsimile: (214) 754-0999

**Counsel for Defendant Mark Edwards, M.D.:**

Unknown at this time.

**Counsel for Defendant George Cantu, M.D.:**

Ann P. Watson
Texas Bar No.: 20932900
Lara M. Price
Texas Bar No.: 90001856
Raymond A. Neuer
Texas Bar No.: 14928350
SHEEHY, SERPE & WARE, P.C.
909 Fannin, Suite 2500
Houston, TX 77010
Telephone: (713) 951-1000
Facsimile: (713) 951-1199

**Counsel for Watson City Drug:**

Hubert A. Crouch, III
Texas Bar No. 05148500
Kirk T. Florence
CROUCH & INABNETT
1445 Ross Avenue, Suite 2300
Dallas, TX 75202
Telephone: (214) 922-7100
Facsimile: (214) 922-7101

Respectfully submitted,

By: _____

Jack E. Urquhart
Texas Bar No.: 20415600
Federal ID No.: 2082

**ATTORNEY-IN-CHARGE FOR DEFENDANTS PFIZER INC. AND WARNER-LAMBERT COMPANY LLC**

**Of Counsel:**

BEIRNE, MAYNARD & PARSONS, L.L.P.
1300 Post Oak Blvd., Suite 2500
Houston, TX  77056-3000
Telephone (713) 623-0887
Facsimile (713) 960-1527

David C. Garza
Texas Bar No. 07731400
Federal I.D. 3778
GARZA & GARZA, L.L.P.
680 East St. Charles, Suite 300
Brownsville, TX 78522
Telephone (956) 541-4914
Facsimile (956) 542-7403

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served on all counsel of record by certified mail, return receipt requested, on July _15_ 2003:

Michael T. Gallagher
GALLAGHER, LEWIS, DOWNEY & KIM
700 Louisiana Street, 40th Floor
Houston, TX 77002

David Casso
FLORES, CASSO & PETTITT, L.L.P.
321 South 12th Street

---

McAllen, TX 78505

Philipa M. Remington
STINNETT THIEBAUD & REMINGTON L.L.P.
1445 Ross Avenue, Suite 4800
Dallas, TX. 75202

Ann P. Watson
SHEEHY, SERPE & WARE, P.C.
909 Fannin, Suite 2500
Houston, TX 77010

Hubert A. Crouch, III
Texas Bar No. 05148500
CROUCH & INABNETT
1445 Ross Avenue, Suite 2300
Dallas, TX 75202

Gail M. Brownfeld

#447755.1 (500249)