

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 2 2 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JUANITA BLANCO, et al<br>　　Plaintiffs, | §<br>§<br>§<br>§<br>§ | |
| vs. | § | Civil Action No. B-03-119 |
| | § | |
| PFIZER, INC., and WARNER-LAMBERT<br>COMPANY, now known as PFIZER, INC.,<br>et al<br>　　Defendants | §<br>§<br>§<br>§ | Jury Demanded |

**DEFENDANT GEORGE CANTU, M.D.'S CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES**

Defendant George Cantu, M.D. files this Disclosure of Interested Parties.

1.  **Plaintiffs Juanita Blanco, Ruben Garcia, Nicolas Rodriguez, and Hermelinda Quiroga, Individually and on Behalf of the Estate of Maria Inez Ruiz**

    c/o David Casso
    Flores, Casso & Pettitt, L.L.P.
    321 South 12th Street
    P.O. Box 2128
    McAllen, Texas 78505
    Telephone: (956) 686-9591
    Facsimile: (956) 686-9478
    -and-
    Michael T. Gallagher
    John H. Kim
    Gallagher, Lewis Downey & Kim
    700 Louisiana, 40th Floor
    Houston, Texas 77002
    Telephone: (713) 222-8080
    Facsimile: (713) 222-0066

2.  **Counsel for Plaintiffs**

    David Casso
    Flores, Casso & Pettitt, L.L.P.
    321 South 12th Street
    P.O. Box 2128
    McAllen, Texas 78505
    Telephone: (956) 686-9591
    Facsimile: (956) 686-9478
    -and-
    Michael T. Gallagher
    John H. Kim
    Gallagher, Lewis Downey & Kim
    700 Louisiana, 40th Floor
    Houston, Texas 77002
    Telephone: (713) 222-8080
    Facsimile: (713) 222-0066

3.  **Defendant Warner-Lambert Company LLC**

    <u>Warner-Lambert Company LLC</u>
    201 Tabor Road
    Morris Plains, New Jersey 07950
    Telephone: (973) 540-2000
    c/o Jack E. Urquhart
    Beirne, Maynard & Parsons, L.L.P.
    1300 Post Oak Boulevard, Suite 2500
    Houston, Texas 77056-3000
    Telephone: (713) 623-0887
    Facsimile: (713) 960-1527
    -and-
    David C. Garza
    Garza & Garza, L.L.P.
    680 East St. Charles, Ste. 300
    P.O. Box 2025
    Brownsville, Texas 78520
    Telephone: (956) 541-4914
    Facsimile: (956) 542-7403

4. **Defendant Pfizer Inc.**

   <u>Pfizer Inc.</u>
   235 E. 42nd Street
   New York, New York 10017-5755
   Telephone: (914) 690-6000
   c/o Jack E. Urquhart
   Beirne, Maynard & Parsons, L.L.P.
   1300 Post Oak Boulevard, Suite 2500
   Houston, Texas 77056-3000
   Telephone: (713) 623-0887
   Facsimile: (713) 960-1527
   -and-
   David C. Garza
   Garza & Garza, L.L.P.
   680 East St. Charles, Ste. 300
   P.O. Box 2025
   Brownsville, Texas 78520
   Telephone: (956) 541-4914
   Facsimile: (956) 542-7403

5. **Defendant George Cantu, M.D.**

   182 East Kimball Avenue
   P.O. Box 10
   Raymondville, Texas 78580
   Telephone: (956) 689-2225
   Facsimile: (956) 689-3070
   c/o Ann P. Watson
   Sheehy, Serpe & Ware, P.C.
   2500 Two Houston Center
   909 Fannin Street
   Houston, Texas 77010
   Telephone: (713) 951-1000
   Facsimile: (713) 951-1199

6. **Kiefer, Inc. d/b/a Watson's City Drug**

    192 South 7th Street
    Raymondville, Texas 78580
    c/o Hubert A. Crouch, III
    Kirk T. Florence
    Crouch & Inabnett, L.L.P.
    1445 Ross Avenue, Suite 2300
    Dallas, Texas 75202
    Telephone: (214) 922-7100
    Facsimile: (214) 922-7101

7. **Rajiv Sinha, M.D.**

    637 East Hidalgo
    Raymondville, Texas 78580
    c/o Philipa M. Remington
    Stinnett, Thiebaud & Remington, L.L.P.
    1445 Ross Avenue, Suite 4800
    Dallas, Texas 75202
    Telephone: (214) 954-2200
    Facsimile: (214) 754-0999

8. **Allen B. Spence, M.D.**

    336 South 8th Street
    Raymondville, Texas 78580
    c/o Philipa M. Remington
    Stinnett, Thiebaud & Remington, L.L.P.
    1445 Ross Avenue, Suite 4800
    Dallas, Texas 75202
    Telephone: (214) 954-2200
    Facsimile: (214) 754-0999

9. **Mark Edwards, M.D.**

    2102 Pease
    Harlingen, Texas 78550

        Respectfully submitted,

        SHEEHY, SERPE & WARE, P.C.

By: _/s/ Ann P. Watson_
      Ann P. Watson
      State Bar No. 20932900
      Southern District Bar No. 4222
2500 Two Houston Center
909 Fannin Street
Houston, Texas 77010-1003
Telephone: (713) 951-1000
Facsimile: (713) 951-1199

Attorney-in-Charge for
Defendant George Cantu, M.D.

OF COUNSEL:

SHEEHY, SERPE & WARE, P.C.
Raymond A. Neuer
State Bar No. 14928350
Southern District Bar No. 11085
Lara M. Price
State Bar No. 90001856
Southern District Bar No. 22627
2500 Two Houston Center
909 Fannin Street
Houston, Texas 77010-1003
Telephone: (713) 951-1000
Facsimile: (713) 951-1199

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing instrument was duly served upon all parties or their counsel of record by fax and/or hand delivery, return receipt requested, and/or by placing same in the United States Mail, certified mail, return receipt requested, postage prepaid, properly addressed to the individuals listed below, on this, the 21st day of July, 2003.

David Casso
Flores, Casso & Pettitt, L.L.P.
321 South 12th Street
P.O. Box 2128
McAllen, Texas 78505

Michael T. Gallagher
John H. Kim
Gallagher, Lewis Downey & Kim
700 Louisiana, 40th Floor
Houston, Texas 77002

Jack E. Urquhart
Beirne, Maynard & Parsons, L.L.P.
1300 Post Oak Blvd., Suite 2500
Houston, Texas 77056-3000

David C. Garza
Garza & Garza, L.L.P.
680 East St. Charles, Suite 300
Brownsville, Texas 78522

Hubert A. Crouch, III
Kirk T. Florence
Crouch & Inabnett, L.L.P.
1445 Ross Avenue, Suite 2300
Dallas, Texas 75202

Philipa M. Remington
Stinnett, Thiebaud & Remington, L.L.P.
1445 Ross Avenue, Suite 4800
Dallas, Texas 75202

_____
Ann P. Watson