IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT COURT
BROWNSVILE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 2 2 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JUANITA BLANCO; RUBEN GARCIA; NICOLAS RODRIGUEZ; HERMELINDA QUIROGA, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF MARIA INEZ RUIZ, PLAINTIFFS | § § § § § § § | |
| v. | § § | CIVIL ACTION NO.: B-03—119 |
| PFIZER, INC.; AND WARNER-LAMBERT COMPANY, NOW KNOWN AS PFIZER, INC.; RAJIV FINGA, M.D.; MARK EDWARDS, M.D.; GEORGE CANTU, M.D.; ALLEN SPENCE, M.D.; AND WATSON'S DRUG CITY, DEFENDANTS | § § § § § § § § | |

**DEFENDANTS RAJIV SINHA, M.D. and ALLAN B. SPENCE, M.D.'S**
<u>**CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES**</u>

Defendants Rajiv Sinha, M.D. (incorrectly named as Rajiv Finga, M.D.), and Allan B. Spence, M.D. (incorrectly named as Allen Spence, M.D.), file their Certificate of Disclosure of Interested Parties as follows:

<u>**Plaintiffs:**</u>

Juanita Blanco

Ruben Garcia

Nicolas Rodriquez

Hermelinda Quiroga, Individually and on Behalf of the Estate of Maria Inez Ruiz

c/o Counsel for Plaintiffs

Document #72166

**Counsel for Plaintiffs Juanita Blanco, Ruben Garcia, Nicholas Rodriguez, Hermelinda Quiroga, Individually and on Behalf of the Estate of Maria Inez Ruiz:**

    Mr. Michael T. Gallagher
    State Bar No: 07586000
    Mr. John H. Kim
    State Bar No: 00784393
    Gallagher, Lewis, Downey & Kim
    700 Louisiana Street, 40th Floor
    Houston, Texas 77002
    (713) 222-8080
    (713) 222-0066 (fax)

    David Casso
    State Bar No:03980250
    Flores, Casso & Pettitt, L.L.P.
    321 South 12th Street
    Post Office Box 2128
    McAllen, Texas 78505-2128
    (956) 686-9591
    (956) 686-9478 (fax)

**Defendants (and their affiliates, parents, subsidiaries, *etc.*):**

    Pfizer Inc.
    235 E. 42nd Street
    New York, N.Y. 10017-5755

    Warner-Lambert Company LLC
    201 Tabor Road
    Morris Plaines, NY 07950

    Rajiv R. Sinha, M.D.
    Raymondville Family Medical Clinic
    637 East Hidalgo
    Raymondville, TX 78580

    Mark Edwards, M.D.
    2102 Pease
    Harlingen, TX 78550

    George Cantu, M.D.
    322 Petra Avenue
    Raymondsville, TX 78580

Allan B. Spence, M.D.
336 South 8th Street
Raymondsville, TX 78580

Watson City Drug
192 South 7th Street
Raymondsville, TX 78580

**Counsel for Defendants Warner-Lambert Company LLC and Pfizer Inc.:**

Jack E. Urquhart
State Bar No: 20415600
Beirne, Maynard & Parsons, L.L.P.
1300 Post Oak Blvd., Suite 2400
Houston, TX 77056
**(713) 623-0887**
**(713) 960-1527 (fax)**

David C. Garza
State Bar No: 077731400
Garza & Garza, L.L.P.
680 East St. Charles, Suite 300
Brownsville, Texas 78522
**(956) 541-4914**
**(965) 542-7403 (fax)**

**Counsel for Defendants Rajiv Sinha, M.D. and Allan B. Spence, M.D.:**

Philipa M. Remington
State Bar No: 16766100
Russell G. Thornton
State Bar No: 19982850
Thomas P. Sullivan
State Bar No: 194975
Stinnett Thiebaud & Remington, L.L.P.
4800 Fountain Place
1445 Ross Avenue
Dallas, Texas 75202
**(214) 954-2200**
**(214) 754-0999 (fax)**

**Counsel for Defendant Mark Edwards, M.D.:**

Unknown

**Counsel for George Cantu, M.D.:**

Ann P. Watson
State Bar No: 20932900
Lara M. Price
State Bar No: 90001856
Raymond A. Neuer
State Bar No: 14928350
SHEEHY, SERPE & WARE, P.C.
909 Fannin, Suite 2500
Houston, Texas 77010
(713) 951-1000
(713) 951-1199 (fax)

**Counsel for Watson City Drug:**

Mr. Hubert A. Crouch, III
State Bar No: 05148500
Mr. Kirk T. Florence
State Bar No: 07160900
CROUCH & INABNETT, L.L.P.
1445 Ross Avenue, Suite 2300
Dallas, Texas 75202
(214) 922-7100
(214) 922-7101 (fax)

**Respectfully Submitted,**

Stinnett Thiebaud & Remington L.L.P.

By: _____
PHILIPA M. REMINGTON
Texas State Bar No: 16766100
Federal I.D. No: 31521
**THOMAS P. SULLIVAN**
Texas State Bar No: 19497500
Federal ID No: 9197

4800 Fountain Place
1445 Ross Avenue
Dallas, TX 75202
(214) 954-2200
(214) 754-0999 (Fax)

**ATTORNEYS FOR DEFENDANTS RAJIV SINHA, M.D. and ALLAN B. SPENCE, M.D.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was forwarded to all counsel of record via facsimile and certified mail – return receipt requested, on July 21st, 2003.

Mr. Michael T. Gallagher
Mr. John H. Kim
Gallagher, Lewis, Downey & Kim
700 Louisiana Street, 40th Floor
Houston, Texas 77002

David Casso
Flores, Casso & Pettitt, L.L.P.
321 South 12th Street
Post Office Box 2128
McAllen, Texas 78505-2128

Jack E. Urquhart
Beirne, Maynard & Parsons, L.L.P.
1300 Post Oak Blvd., Suite 2400
Houston, TX 77056

David C. Garza
Garza & Garza, L.L.P.
680 East St. Charles, Suite 300
Brownsville, Texas 78522

Ann P. Watson
Lara M. Price
Raymond A. Neuer
SHEEHY, SERPE & WARE, P.C.
909 Fannin, Suite 2500
Houston, Texas 77010

Mr. Hubert A. Crouch, III
Mr. Kirk T. Florence
State Bar No: 07160900
CROUCH & INABNETT, L.L.P.
1445 Ross Avenue, Suite 2300
Dallas, Texas 75202

_____
THOMAS P. SULLIVAN

# STINNETT THIEBAUD & REMINGTON L.L.P.
### A LIMITED LIABILITY PARTNERSHIP
### ATTORNEYS AND COUNSELORS

---

## FACSIMILE COVER PAGE

---

Date: July 18, 2003                                     Time: _____

Total Number of Pages (including this sheet): _____

Normal/Rush:     **Normal**                             Client/Matter #: 1022/10903,
                                                                          10904

**TO:** Michael T. Gallagher                            FAX: (713) 222-0066
     David Casso                                FAX: (956) 686-9478
     Jack Urquhart                              FAX: (713) 960-1527
     David C. Garza                             FAX: (956) 542-7403
     Ann P. Watson                              FAX: (713) 951-1199
     Hubert A. Crouch, III                      FAX: (214) 922-7101

**FROM:** Thomas Sullivan                               Direct Dial #: (214) 954-2246

**MESSAGE:**


IF YOU HAVE ANY PROBLEMS WITH THIS TRANSMISSION,
PLEASE CALL Kathy AT (214) 954-2233.
Thank you.

---

**IMPORTANT\CONFIDENTIAL:** This message is intended only for the use of the individual or entity to which it is addressed. This message contains information from the law firm of Stinnett Thiebaud & Remington which may be privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee, or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately at our telephone number 214.954.2200. We will be happy to arrange for the return of this message to us, via the United States Postal Service, at no cost to you.