10

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

|  |  |  |
|---|---|---|
| JUANITA BLANCO, RUBEN GARCIA, NICOLAS RODRIQUEZ, HERMELINDA QUIROGA, Individually and on Behalf of the Estate of MARIA INEZ RUIZ, | § § § § § | United States District Court Southern District of Texas FILED<br><br>JUL 2 2 2003<br><br>Michael N. Milby Clerk of Court |
| **Plaintiffs,** | § § | |
| **vs.** | § § | CIVIL ACTION NO.: B-03-119 |
| PFIZER, INC., and WARNER-LAMBERT COMPANY, now known as PFIZER, INC.; RAJIV FINGA, M.D., MARK EDWARDS, M.D., GEORGE CANTU, M.D., ALLEN B. SPENCE, M.D., and WATSON CITY DRUG, | § § § § § § § | |
| **Defendants.** | § | **Jury Demanded** |

## MOTION TO STAY ALL PRETRIAL PROCEEDINGS PENDING DECISION REGARDING TRANSFER TO MULTI-DISTRICT LITIGATION AND REQUEST FOR EXPEDITED CONSIDERATION

Defendants Pfizer Inc. (incorrectly named as "Pfizer, Inc.") and Warner-Lambert Company LLC, formerly known as Warner-Lambert Company, (incorrectly named as "Warner-Lambert Company, now known as Pfizer, Inc.") (collectively "Defendants"), file this Motion to Stay All Pretrial Proceedings Pending Decision Regarding Transfer to Multi-District Litigation and Request for Expedited Consideration. By this Motion, Defendants request that this Court grant the parties relief from the requirement that they attend any hearings, file with the Court any initial disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure, file case management plans and/or attend any pretrial proceedings required by the Local Rules of Court pending transfer of this case to the United States District Court of New York as part of the Multi-District Litigation styled *In Re: Rezulin Products Liability Litigation*, Master File No. 00 Civ. 2843 (LAK), MDL-1348.

In support hereof, Defendants would respectfully show the Court the following:

1.    On or about July 1, 2003, Defendants removed this case. On July 8, 2003, this Court entered an Order Setting Conference scheduling an initial pretrial conference for October 17, 2003. The Court's Order Setting Conference also contained critical information pertaining to the management of this case. ***Defendants request that, as it did in the case of Avila v. Pfizer Inc.,*** **No. 02-217 (S.D. Tex. Mar. 25, 2003),** ***the Court grant their Motion to Stay.*** *See* Exhibit "A". (March 25, 2003 Order staying all pretrial proceedings pending transfer to the Rezulin MDL court.)

2.    This case is subject to transfer to the Rezulin MDL. Specifically, on or about June 9, 2000, the Judicial Panel on Multi-District Litigation consolidated, for pre-trial proceedings, nineteen (19) federal actions involving the diabetic drug, Rezulin. Since that time, hundreds of other Rezulin cases have been transferred to and consolidated with the MDL. The Rezulin MDL proceeding is assigned to the Honorable Lewis A. Kaplan, United States District Court Judge, Southern District of New York.

3.    On July 8, 2003, the MDL Panel was notified of this federal action for the purpose of transferring it to the MDL. *See* Exhibit "B" attached hereto. Although a Conditional Transfer Order identifying this case as one involving questions of fact which are common to the actions previously transferred to the Rezulin MDL proceeding has not yet been issued, one is expected soon. An Order of Transfer to the MDL is expected soon thereafter.

4.    Pursuant to Rule 1.5 of the Rules of Procedure of the Judicial Panel on Multi-District Litigation ("JPMDL"), an Order of Transfer suspends orders and pretrial proceedings in the district court in which the case is pending. Pursuant to Rule 7.6 of the Rules of Procedure of the JPMDL,

once a case is transferred, all pre-trial matters regarding the case are handled by the MDL unless the case is remanded. *See* Rule 7.4, 28 U.S.C. foll. § 1407. Such an order would, therefore, suspend any orders and other deadlines entered by this Honorable Court.

5.      Should plaintiffs file a Motion to Remand, Defendants intend to file an opposition to any such motion requesting that this Court defer ruling on the Motion to Remand pending transfer to the MDL Court or, in the alternative, that the Court deny remand. Deferral allowing for transfer to the Rezulin MDL court is consistent with the decisions of other district courts within the Southern District of Texas.[1]

6.      Defendants seek a stay of all proceedings, including attendance at all hearings (including, but not limited to, the October 17, 2003 hearing)and the requirement of filing with the Court all initial disclosures pursuant to Fed. R. Civ. P. 26, as well as any joint report and joint discovery/case management plan, pending transfer of this matter to the MDL proceedings. A stay will serve the interest of justice, promote judicial economy, and prevent the parties from incurring unnecessary litigation costs. Recognizing these polices, federal courts around the country have routinely ordered the stay of further proceedings pending transfer of these cases.

---

[1] Cases in which District Courts within the Southern District have deferred ruling on Motions to Remand include: *Marza v. Warner-Lambert Co.*, No. 02-492 (S.D. Tex. July 26, 2002), *Cynthia Hernandez v. Warner-Lambert Co.*, No. 02-208 (S.D. Tex. July 12, 2002); *Vela v. Warner-Lambert Co.*, No. 02-162 (S.D. Tex. July 12, 2002); *Ramirez v. Warner-Lambert Co.*, No. 02-075 (S.D. Tex. May 10, 2002); *Allen v. Warner-Lambert Co.*, No. 02-CV-291 (S.D. Tex. June 17, 2002); *Brown v. Warner-Lambert Co.*, No. 02-272 (S.D. Tex. June 14, 2002); *Benson v. Warner-Lambert Co.*, No. 02-149 (S.D. Tex. May 14, 2002); *Doker v. Warner-Lambert Co.*, No. 02-1314 (S.D. Tex. Apr. 18, 2002); *Williams v. Warner-Lambert Co.*, No. 02-789 (S.D. Tex. Mar. 21, 2002); *Abrigo v. Warner-Lambert Co.*, No.02-790 (S.D. Tex. Mar. 18, 2002); *Martin v. Warner-Lambert Co.*, No. 02-791 (S.D. Tex. Mar. 18, 2002). These cases do not include the many cases wherein courts within the Southern District have granted motions similar to the motion before the court.

7.    The Defendants further request expedited consideration of this Motion to prevent the parties from incurring the expense of filing Rule 26 disclosures, the case management plan or attending the October 17, 2003 Initial Pretrial Conference.

WHEREFORE, PREMISES CONSIDERED, Pfizer Inc. and Warner-Lambert Company LLC respectfully pray that this Motion to Stay All Proceedings Pending Decision Regarding Transfer to Multi-District Litigation and Request for Expedited Consideration be GRANTED, and for such other and further relief to which they may be deemed entitled.    A proposed order is being filed concurrently with this motion.

Respectfully submitted,

By: _____
Jack E. Urquhart
Texas Bar No.: 20415600
Federal ID No.: 2082

**ATTORNEY-IN-CHARGE FOR**
**DEFENDANTS PFIZER INC., and**
**WARNER-LAMBERT COMPANY LLC**

**Of Counsel:**

BEIRNE, MAYNARD & PARSONS, L.L.P.
1300 Post Oak Blvd., Suite 2500
Houston, TX  77056-3000
Telephone: (713) 623-0887
Facsimile: (713) 960-1527

David C. Garza
State Bar No. 07731400
Fed. I.D. 3778
GARZA & GARZA, L.L.P.
680 East St. Charles, Suite 300
Brownsville, TX 78522

## CERTIFICATE OF CONFERENCE

This matter has been discussed with plaintiffs' counsel who can not agree with the terms of this motion.

Gail M. Brownfeld

## CERTIFICATE OF SERVICE

I hereby certify that Defendants' Motion to Stay All Pretrial Proceedings Pending Decision Regarding Transfer to Multi-District Litigation and Request for Expedited Ruling was served by certified mail return receipt requested, on all known counsel of record on July 21st, 2003.

Michael T. Gallagher
GALLAGHER, LEWIS, DOWNEY & KIM
700 Louisiana Street, 40th Floor
Houston, TX 77002

David Casso
FLORES, CASSO & PETTITT, L.L.P.
321 South 12th Street
McAllen, TX 78505

Philipa M. Remington
STINNETT THIEBAUD & REMINGTON L.L.P.
4800 Fountain Place
1445 Ross Avenue
Dallas, TX. 75202

Ann P. Watson
SHEEHY, SERPE & WARE, P.C.
909 Fannin, Suite 2500
Houston, TX 77010

Hubert A. Crouch, III
Kirk Florence
Crouch & Inabnett, L.L.P.
1445 Ross Avenue, Suite 2300
Dallas, TX 75202



Gail M. Brownfeld

#448403.1 (500249)

10

United States District Court
Southern District of Texas
ENTERED

MAR 2 5 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA ELENA AVILA | § | |
| | § | |
| VS. | § | CIVIL NO. B-02-217 |
| | § | |
| PFIZER, INC., and WARNER-LAMBERT | § | JURY DEMANDED |
| COMPANY, now known as PFIZER, INC. | § | |

## CONDITIONAL ORDER GRANTING MOTION TO STAY ALL
## PRETRIAL PROCEEDINGS PENDING TRANSFER TO MULTI-DISTRICT
## LITIGATION AND REQUEST FOR EXPEDITED RULING

On this day, came on to be considered the Motion to Stay All Pretrial Proceedings Pending

Decision Transfer to Multi-District Litigation and Request for Expedited Ruling filed by Pfizer Inc.

and Warner-Lambert. The Court is of the opinion that said motion is meritorious. It is therefore,

ORDERED that:

1.      the Motion to Stay All Pending Proceedings Pending Transfer to Multi-District

        Litigation and Request for Expedited Ruling is GRANTED; and

2.      the Court's Order of November 15, 2002 setting a scheduling conference for March

        14, 2003, and concerning other pretrial matters, including but not limited to

        compliance with the requirement to file initial disclosures pursuant to Rule 26 of the

        Federal Rules of Civil Procedure and/or to attend any pretrial proceedings required

        by the Local Rules Court, is vacated until further order of the Court.

3.      the parties are instructed to report back to this Court on the status of the motion to

        remand on September 24, 2003, if the motion is still pending. If the motion is ruled

        upon by the MDL Court before that date, the parties are instructed to file a copy of

$$\mathcal{E} \cdot \mathcal{X} \cdot \mathcal{A}$$

that ruling with this Court within ten (10) days of the ruling with a courtesy copy to

the judge's chambers.

SIGNED and ENTERED this 24th day of March, 2003.

Honorable Andrew S. Hanen
United States District Judge

2



# KAYE SCHOLER LLP

Alan E. Rothman
212 836-8860
Fax 212 836-6660
arothman@kayescholer.com

425 Park Avenue
New York, New York 10022-3598
212 836-8000
Fax 212 836-8689
www.kayescholer.com

July 8, 2003

Mr. Michael Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, N.E.
Room g-255, N. Lobby
Washington, DC 20002-8004

Re: In re Rezulin Products Liability Litigation
Multidistrict Litigation-1348 - Tag Along Notice

Dear Mr. Beck:

In compliance with the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, defendant Warner-Lambert Company LLC ("Warner-Lambert") notifies the Clerk of the Panel of the additional potential tag-along actions identified in the attached chart, and requests that tag-along procedures be utilized in transferring these actions to the Southern District of New York.

Copies of the complaints in these actions and copies of Warner-Lambert's Notices of Removal (without exhibits) are attached for your convenience. Please contact me if you have any questions or require any additional information. Thank you for your assistance.

Respectfully submitted,

Alan E. Rothman

Enclosures
cc:   Attached Service List (w/o enclosures)

Ex B

30686264.WPD

NEW YORK   CHICAGO   LOS ANGELES   WASHINGTON, D.C.   WEST PALM BEACH   FRANKFURT   HONG KONG   LONDON   SHANGHAI

## TAG ALONG NOTICE

| Case Caption | Case No. | Court | Plaintiff(s) Counsel |
|---|---|---|---|
| JUANITA BLANCO, et al.<br>v.<br>PFIZER INC., et al. | B-03-119 | United States District Court, Southern District of Texas, Brownsville Division | Michael T. Gallagher, Esq.<br>GALLAGHER, LEWIS, DOWNEY & KIM<br>700 Louisiana St., 40th Fl.<br>Houston, TX 77002<br><br>David Casso, Esq.<br>FLORES, CASSO & PETTITT, L.L.P.<br>321 South 12th St.<br>P.O. Box 2128<br>McAllen, TX 78505-2128 |
| MANUEL MARQUEZ<br>v.<br>PFIZER INC., et al. | C-03-238 | United States District Court, Southern District of Texas, Corpus Christi Division | Michael T. Gallagher, Esq.<br>GALLAGHER, LEWIS, DOWNEY & KIM<br>700 Louisiana St., 40th Fl.<br>Houston, TX 77002<br><br>David Casso, Esq.<br>FLORES, CASSO & PETTITT, L.L.P.<br>321 South 12th St.<br>P.O. Box 2128<br>McAllen, TX 78505-2128 |

Doc #30686265.WPD

SERVICE LIST

Michael T. Gallagher, Esq.
GALLAGHER, LEWIS, DOWNEY & KIM
700 Louisiana St., 40th Fl.
Houston, TX  77002

David Casso, Esq.
FLORES, CASSO & PETTITT, L.L.P.
321 South 12th St.
P.O. Box 2128
McAllen, TX 78505-2128

Philipa M. Remington, Esq.
STINNETT THIEBAUD & REMINGTON L.L.P.
4800 Fountain Pl.
1445 Ross Ave.
Dallas, TX 75202

Russell G. Thornton, Esq.
STINNETT THIEBAUD & REMINGTON L.L.P.
4800 Fountain Pl.
1445 Ross Ave.
Dallas, TX 75202

Michael A. Yanof, Esq.
STINNETT THIEBAUD & REMINGTON L.L.P.
4800 Fountain Pl.
1445 Ross Ave.
Dallas, TX 75202

Ann P. Watson, Esq.
SHEEHY, SERPE & WARE, P.C.
2500 Two Houston Ctr.
909 Fannin
Houston, TX 77010

Jack E. Urquhart, Esq.
BEIRNE, MAYNARD & PARSONS, L.L.P.
1300 Post Oak Blvd., Ste. 2400
Houston, TX 77056

Gail M. Brownfeld, Esq.
BEIRNE, MAYNARD & PARSONS, L.L.P.
1300 Post Oak Blvd., Ste. 2400
Houston, TX 77056

David C. Garza, Esq.
GARZA & GARZA, L.L.P.
680 E. St. Charles, Ste. 300
Brownsville, TX 78522

Michael N. Milby, Clerk
105 Fed. Bldg.
500 E. Tenth St.
Brownsville, TX 78520

Michael N. Milby, Clerk
101 Fed. Bldg.
521 Starr St.
Corpus Christi, TX 78401-2349

Doc #30080865.WPD

3