*13*

United States District Court
Southern District of Texas
FILED

AUG 2 0 2003

Michael N. Milby
Clerk of Court

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JUANITA BLANCO, *et al.*, | § | |
| | § | CIVIL ACTION NO. B-03-119 |
| Plaintiffs, | § | |
| vs. | § | |
| | § | |
| PFIZER INC., *et al.*, | § | |
| | § | |
| Defendants. | § | Jury Demanded |

**DEFENDANTS PFIZER INC. AND WARNER-LAMBERT COMPANY LLC'S
<u>SUPPLEMENTAL OPPOSITION TO PLAINTIFFS' MOTION TO REMAND</u>**

Defendants Pfizer Inc. and Warner-Lambert Company LLC ("Defendants") file this Supplemental Opposition to Plaintiffs' Motion to Remand, respectfully showing:

1.      On or about August 19, 2003, Defendants filed their Opposition to Plaintiffs' Motion to Remand wherein they argued, *inter alia,* that this Court should defer ruling on Plaintiffs' Motion to Remand pending transfer of this case to the Rezulin MDL court. Pursuant to the federal rules governing multidistrict litigation, Defendants filed a "tag-along" notice notifying the Judicial Panel on Multidistrict litigation of the case.

2.      On August 15, 2003, upon learning of the pendency of this potential "tag-along" action, the Clerk of the Panel issued a Conditional Transfer Order as to this case pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multi-district Litigation. A true and correct copy of this Order is attached hereto as Exhibit "A." This Conditional Transfer Order identified this case as one involving questions of fact which are common to the actions previously transferred to the Rezulin MDL proceeding.

---

3.    As such, to insure uniform and consistent decisions in Rezulin cases and as set forth more fully in Defendants' Notice of Removal and Opposition to the Plaintiffs' Motion to Remand, this Court should defer ruling on the Plaintiffs' Motion to Remand pending a final decision on transfer of this matter to the Rezulin MDL Court who, upon such transfer, can decide Plaintiffs' Motion to Remand. In the event that the Court chooses to rule on the Plaintiffs' Motion to Remand, for the reasons set forth in Defendants' Notice of Removal and Opposition to the Plaintiffs' Motion to Remand, remand should be denied.

WHEREFORE PREMISES CONSIDERED Defendants Pfizer Inc. and Warner-Lambert Company LLC respectfully request that this Court defer ruling on the Plaintiffs' Motion to Remand and allow this case to be transferred to the Rezulin MDL Court. In the alternative, should the Court choose to rule, Plaintiffs' Motion to Remand should be denied.

Respectfully submitted,

By: _____

Jack E. Urquhart
Texas Bar No.: 20415600
Federal ID No.: 2082

**ATTORNEY-IN-CHARGE FOR DEFENDANTS PFIZER INC. AND WARNER-LAMBERT COMPANY LLC**

**OF COUNSEL:**
BEIRNE, MAYNARD & PARSONS, L.L.P.
1300 Post Oak Blvd., Suite 2400
Houston, TX  77056
Telephone: (713) 623-0887
Facsimile: (713) 960-1527

David C. Garza
Texas Bar No. 07731400
Federal I.D. No. 3778
GARZA & GARZA, L.L.P.
680 East St. Charles, Suite 300
Brownsville, TX 78522
Telephone:  (956) 541-4914
Facsimile:  (956) 542-7403

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Defendants Pfizer Inc. and Warner-Lambert Company LLC's Supplemental Opposition to Plaintiffs' Motion to Remand was served by certified mail, return receipt requested, on all known counsel of record on August 19, 2003, as follows:

Michael T. Gallagher
GALLAGHER, LEWIS, DOWNEY & KIM
700 Louisiana Street, 40th Floor
Houston, TX 77002

David Casso
FLORES, CASSO & PETTITT, L.L.P.
321 South 12th Street
McAllen, TX 78505

Philipa M. Remington
STINNETT THIEBAUD & REMINGTON L.L.P.
1445 Ross Avenue, Suite 4800
Dallas, TX. 75202

Ann P. Watson
SHEEHY, SERPE & WARE, P.C.
909 Fannin, Suite 2500
Houston, TX 77010

Kirk T. Florence
CROUCH & INABNETT, L.L.P.
1445 Ross Avenue, Suite 2300
Dallas, TX 75202

Gail M. Brownfeld

456378.1

---

EXHIBIT A

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 1 5 2003

FILED
CLERK'S OFFICE

## DOCKET NO. 1348

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE REZULIN PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-59)

On June 9, 2000, the Panel transferred 19 civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 915 additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Lewis A. Kaplan.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Southern District of New York and assigned to Judge Kaplan.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of June 9, 2000, and, with the consent of that court, assigned to the Honorable Lewis A. Kaplan.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

AUG 18 2003 17:11 FR K. .E SCHOLER LLP 1018212 836 7438 TO _ _128366434    P.02

AUG-18-2003  16:02                                                    P.06/08

# SCHEDULE CTD-59 - TAG ALONG CASES
## DOCKET NO. 1348
## IN RE REZULIN PRODUCTS LIABILITY LITIGATION

### DISTRICT DIV. CIVIL ACTION#

**LOUISIANA WESTERN**
LAW    1    03-1280    Lottie Mixon, et al. v. Warner-Lambert Co., et al.

**MISSISSIPPI SOUTHERN**
MSS    4    03-260    Phyllis Allen, et al. v. Warner-Lambert Co., et al.

**OKLAHOMA WESTERN**
OKW    5    03-980    Arthur Dale Patrick, et al. v. Pfizer, Inc., et al.

**TEXAS SOUTHERN**
TXS    1    03-119    Juanita Blanco, et al. v. Warner-Lambert Co., et al.
TXS    2    03-229    Marchetta White, etc. v. Warner-Lambert Co., et al.
TXS    2    03-238    Manuel Marquez v. Pfizer, Inc., et al.
TXS    2    03-245    Ernestino Erias, et al. v. Pfizer, Inc., et al.
TXS    2    03-247    Gilberto Estrada, et al. v. Pfizer, Inc., et al.