United States District Court
Southern District of Texas
ENTERED

AUG 2 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUANITA BLANCO, et al. | § | |
| | § | |
| VS. | § | CIVIL NO. B-03-119 |
| | § | |
| PFIZER, INC., ET AL. | § | |

**CONDITIONAL ORDER GRANTING MOTION TO STAY ALL
PRETRIAL PROCEEDINGS PENDING TRANSFER TO MULTI-DISTRICT
LITIGATION AND REQUEST FOR EXPEDITED RULING**

On this day, came on to be considered the Motion to Stay All Pretrial Proceedings Pending Decision Transfer to Multi-District Litigation and Request for Expedited Ruling filed by Pfizer Inc. and Warner-Lambert. The Court is of the opinion that said motion is meritorious. It is therefore, ORDERED that:

1. the Motion to Stay All Pending Proceedings Pending Transfer to Multi-District Litigation and Request for Expedited Ruling is GRANTED; and

2. the Court's Order of July 8, 2003 setting a scheduling conference for October 17, 2003, and concerning other pretrial matters, including but not limited to compliance with the requirement to file initial disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure and/or to attend any pretrial proceedings required by the Local Rules Court, is vacated until further order of the Court.

3. the parties are instructed to report back to this Court on the status of the motion to remand and the MDL on March 26, 2004, if the motion is still pending. If the motion is ruled upon by the MDL Court before that date, the parties are instructed to file a copy of that ruling with this Court within ten (10) days of the ruling with a courtesy

copy to the judge's chambers.

SIGNED and ENTERED this 27th day of August, 2003.

_____
Honorable Andrew S. Hanen
United States District Judge