A CERTIFIED TRUE COPY

SEP - 3 2003

ATTEST
FOR THE JUDICIAL PANEL OF
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 15 2003

FILED
CLERK'S OFFICE

United States District Court
Southern District of Texas
FILED
OCT 0 2 2003
Michael N. Milby
Clerk of Court

DOCKET NO. 1348

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

*IN RE REZULIN PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

**CONDITIONAL TRANSFER ORDER (CTO-59)**

On June 9, 2000, the Panel transferred 19 civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 915 additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Lewis A. Kaplan.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Southern District of New York and assigned to Judge Kaplan.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of June 9, 2000, and, with the consent of that court, assigned to the Honorable Lewis A. Kaplan.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

SEP - 3 2003

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

A CERTIFIED COPY
J. MICHAEL McMAHON, CLERK

BY _____
    DEPUTY CLERK

# SCHEDULE CTO-59 - TAG ALONG CASES
# DOCKET NO. 1348
# IN RE REZULIN PRODUCTS LIABILITY LITIGATION

DISTRICT  DIV. CIVIL ACTION#

LOUISIANA WESTERN
    LAW    1    03-1280    Lottie Mixon, et al. v. Warner-Lambert Co., et al.

MISSISSIPPI SOUTHERN
    ~~MSS    4    03-260    Phyllis Allen, et al. v. Warner-Lambert Co., et al.~~  Opposed 8/22/03

OKLAHOMA WESTERN
    OKW    5    03-980    Arthur Dale Patrick, et al. v. Pfizer, Inc., et al.

TEXAS SOUTHERN
    TXS    1    03-119    Juanita Blanco, et al. v. Warner-Lambert Co., et al.
    ~~TXS    2    03-229    Marchetta White, etc. v. Warner-Lambert Co., et al.~~  Opposed 9/2/03
    TXS    2    03-238    Manuel Marquez v. Pfizer, Inc., et al.
    TXS    2    03-245    Ernestino Erias, et al. v. Pfizer, Inc., et al.
    TXS    2    03-247    Gilberto Estrada, et al. v. Pfizer, Inc., et al.

UNITED STATES DISTRICT COURT
Southern District of New York
Office of the Clerk
500 Pearl Street
New York, N.Y. 10007
(212)805-0136

J. Michael McMahon
Clerk

USDC SD OF TEXAS

Date: 9/15/03

In Re: REZULIN

MDL #    1348

Your Docket #

1:03-119

S.D. OF N.Y.

03-7137

Dear Sir:

    Enclosed is a certified copy of the order of the Judicial Panel on Multidistrict Litigation, transferring the above entitled action presently pending in your court, to the Southern District of New York and assigned to the Honorable Judge KAPLAN for coordinated or consolidated pretrial processing pursuant to 28 USC 1407.

    Please return the copy of this letter when transmitting YOUR FILE and CERTIFIED COPY OF THE DOCKET SHEET.

Sincerely,
J.Michael McMahon

By _____
Deputy Clerk